NO. 07-00-0356-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MAY 2, 2001

_____

PETROLEUM WHOLESALE, INC., APPELLANT

V.

SHABANA ENTERPRISES, INC. AND VARSHA HUSSAIN, APPELLEES

_____

FROM THE 133RD DISTRICT COURT OF HARRIS COUNTY;

NO. 97-44520; HONORABLE PAT LYKOS, JUDGE

_____

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

**ON UNOPPOSED MOTION TO ABATE APPEAL**
**AND ALLOW TRIAL COURT TO FILE FINDINGS OF FACT**

Appellant Petroleum Wholesale, Inc. requests that we abate this appeal so that the

trial court can file findings of fact to be presented in a supplemental clerk's record.

According to the certificate of conference contained in the motion, appellees Shabana

Enterprises, Inc. and Varsha Hussain do not oppose the motion. Appellant filed a request for findings of fact that prompted appellees to file proposed findings of fact but appellant did not discover that the proposed findings were not signed by the trial court until appellant's counsel reviewed the clerk's record. Accordingly, appellant did not file a notice of past due findings pursuant to Rule 297 of the Texas Rules of Civil Procedure. We grant the motion, abate the appeal, and remand the cause to the trial court for further proceedings.

Upon remand, the trial court shall cause notice of a hearing to be given and thereafter conduct a hearing and determine whether it is appropriate to make findings of fact. The trial court shall cause the hearing to be transcribed and shall make such findings of fact, if any, as it deems appropriate, to be included in a supplemental clerk's record. We express no opinion as to the propriety or effect of filing findings of fact where, as here, a notice of past due findings was not given pursuant to Rule 297. Finally, the trial court shall file the supplemental clerk's record and the supplemental reporter's record with the Clerk of this Court by Friday, June 15, 2001. Appellant's brief shall be filed within 30 days after the later of the filing of the supplemental clerk's record or supplemental reporter's record, and appellees' brief shall be filed within 30 days after appellant's brief is filed.

It is so ordered.

Per Curiam

Do not publish.

2